**CRIMINAL COMPLAINT**

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 2 2 2008

U.S. DISTRICT COURT

Deputy

UNITED STATES OF AMERICA

V.                                                                NO:  2:08-MJ-56

JOSEPH WILLIAM WOLFE (1)

---

Complaint for violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A).

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| CLINTON E. AVERITTE | U. S.  MAGISTRATE JUDGE | AMARILLO, TX |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| August 20, 2008 | Carson County, TX | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 20, 2008, in the Amarillo Division of the Northern District of Texas, the defendant, **Joseph William Wolfe**, knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

**BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:**

See Attached Affidavit.

**MATERIAL WITNESSES IN RELATION TO THIS CHARGE:**

Shane Reese

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT Special Agent, DEA |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF U. S. MAGISTRATE JUDGE[1] | DATE |
|---|---|
| | August 22, 2008 |

[1]See Federal Rules of Criminal Procedure Rules 3 and 54

**<u>AFFIDAVIT</u>**                    **2:08-MJ-56**

The Affiant, Shane Reese, is employed as a Special Agent with the United States Department of Justice, Drug Enforcement Administration (DEA).

On August 20, 2008, Texas Department Of Public Safety Trooper Ben Dollar stopped a 2007 Ford sedan on Interstate 40 in Carson County, Texas. The vehicle was stopped for speeding over the posted speed limit which is a traffic violation. The driver of the vehicle was identified as Joseph William Wolfe and the passenger as Benjamin Chote. Wolfe and Chote were en-route back to Boston, MA, from Phoenix, AZ. Both Wolfe and Chote had flown from Boston, MA, to Phoenix, AZ, on August 18, 2008. Wolfe then rented the vehicle at Phoenix, AZ, on August 19, 3008, to return back to Boston, MA. Wolfe and Chote initially gave conflicting stories surrounding their trip to Trooper Dollar. Trooper Dollar then asked Wolfe for consent to search the vehicle and Wolfe gave consent. Trooper Dollar discovered approximately 6 pounds of a white crystal substance located in the back seat of the vehicle. The substance field tested positive for methamphetamine. After Wolfe was arrested and read his Miranda Warnings, he admitted to his knowledge of the methamphetamine being located in the vehicle. Methamphetamine is a Schedule II controlled substance.

Shane Reese, Special Agent
Drug Enforcement Administration
Affiant

Subscribed and sworn to before me this 22nd day of August 2008.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

Vicki Lamberson
Assistant United States Attorney

Affidavit